**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00285-CV**
_____

**ABEL VILLARREAL, Appellant**

**V.**

**KENDAL NICOLE VILLARREAL, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-10-14652-CV**

**MEMORANDUM OPINION**

On May 5, 2021, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

Previously, the trial court found that appellant is not entitled to proceed without payment of costs. On February 22, 2021, this Court entered an order, in which we concluded that the trial court did not abuse its discretion by finding that appellant failed to demonstrate his burden under Rule 145 and that appellant is able to afford payment in installments. *See* Tex. R. Civ. P. 145(f), (g); Tex. R. App. P.

1

20.1. There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on June 9, 2021
Opinion Delivered June 10, 2021

Before Golemon, C.J., Horton and Johnson, JJ.